IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY GERALD DOBYNE,  ] | |
| ] | |
| Movant,  ] | |
| ] | |
| vs.  ] | CV-05-KOB-RRA-8069-S |
| ] | CR-03-KOB-RRA-0582-S |
| ] | |
| ] | |
| UNITED STATES OF AMERICA,  ] | |
| ] | |
| Respondent.  ] | |

## ORDER

The magistrate judge has entered a report and recommendation recommending that this case be set for an evidentiary hearing into (1) whether Dobyne, in fact, requested counsel to file a direct appeal to trigger the per se duty to appeal set forth in *Flores-Ortega*; and (2) if not, whether counsel fulfilled his constitutional duty to consult with Dobyne by advising him of the advantages and disadvantages of filing an appeal and making a reasonable effort to comply with Dobyne's wishes.  No objections have been filed.  The court has considered the entire file in this action, together with the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved and that a hearing is appropriate in this case.

Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court.  A hearing will be set in this case.

Done this 7th day of April, 2008.

KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE