# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY GERALD DOBYNE, ] | |
| ] | |
| Movant, ] | |
| ] | |
| vs. ] | CV-05-KOB-RRA-8069-S |
| ] | CR-03-KOB-RRA-0582-S |
| ] | |
| ] | |
| UNITED STATES OF AMERICA, ] | |
| ] | |
| Respondent. ] | |

## MEMORANDUM OPINION

The magistrate judge entered a report and recommendation recommending that this § 2255 motion to vacate be denied. No objections have been filed. The court has considered the entire file in this action, together with the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved.

Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. The motion to vacate is due to be DENIED. An appropriate order will be entered.

Done this 11th day of June, 2008.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE